UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20431-CR-JORDAN

18 U.S.C. § 1709   MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA

vs.

EUGENE YOUNG,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 14, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EUGENE YOUNG,**

being a Postal Service employee, did knowingly and willfully embezzle mail, and articles and things contained therein, entrusted to him and which mail matter came into his possession intended to be conveyed by mail that is, compact disc mail parcels, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JULIA J. STILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20431 CR-JORDAN

UNITED STATES OF AMERICA

vs.

EUGENE YOUNG

Defendant.
_____/

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
BROWN

Superseding Case Information:

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

New Defendant(s)          Yes ___  No ___
Number of New Defendants       ___
Total number of counts         ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) __NO__
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                   (Check only one)

   I    0 to 5 days       _X_        Petty      ___
   II   6 to 10 days      ___        Minor      ___
   III  11 to 20 days     ___        Misdem.    ___
   IV   21 to 60 days     ___        Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____  Case No _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __YES__
   If yes:
   Magistrate Case No.  __03-2660-DUBE__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __Bond posted 5/15/03__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
JULIA STILLER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500485

Penalty Sheet(s) attached                                                   REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

03-20431CR-JORDAN

MAGISTRATE JUDGE
BROWN

**Defendant's Name:** Eugene Young

**Case No:**

**Count #: 1**

Theft of Mail by Postal Employee

18 U.S.C. § 1709

**\* Max. Penalty:** Five (5) years imprisonment

**Count #: 2**

**\*Max. Penalty:**

**Count #: 3**

**\*Max. Penalty:**

**Count #: 4**

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

Federal Grand Jury
Indictment Number
0 203 - mcn - 455

No. 03-20431 CR-JORDAN

# UNITED STATES DISTRICT COURT
*Southern District of Florida Division*

MAGISTRATE JUDGE
BROWN

THE UNITED STATES OF AMERICA

vs.

EUGENE YOUNG,

Defendant.

# INDICTMENT

In violation of:   18 U.S.C. § 1709

A true bill.



_____ Foreman

G.J. 02-03 (Miami)

Filed in open court this _____ day _____
of _____ A.D. 2003

_____ Clerk

Bail, $ _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 03-2660-DUBÉ

UNITED STATES OF AMERICA

vs.

EUGENE YOUNG
_____/

**DEFENDANT'S INVOCATION OF RIGHTS**

Eugene Young invokes the right to remain silent and the right to counsel with respect to any and all questioning or interrogation without limitation whatsoever. Any direct or indirect contact with Eugene Young by any counsel, law enforcement agents, government officials, or anyone associated with the investigation or prosecution of this case or any other administrative, civil, or criminal action against Eugene Young — whether the contact relates to arrest, searches, seizures, bail, pretrial detention, evidence, guilt, forfeitures, sentencing, restitution, immigration, or to anything else — must be made through the Federal Public Defender.

A copy of this notice was served on May 19, 2003, by inter-office mail on: Julia Stiller, Assistant United States Attorney, United States Attorney's Office, 99 NE Fourth Street, Miami, Florida 33132.

Respectfully submitted,
KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Ricardo J. Bascuas
Florida Bar No. 093157
FEDERAL PUBLIC DEFENDER'S OFFICE
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Telephone: 305-530-7000
Facsimile: 305-536-4559

Attorneys for Defendant Eugene Young

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND:
CASE NO.: 03-2660-Duhe

UNITED STATES OF AMERICA
    Plaintiff,

v.

EUGENE YOUNG
    Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $25,000 PSB.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear accordance with any and all orders and directions relating to the defendant's appearance in this case, inclu appearance for violation of a condition of the defendant's release as may be ordered or notified by this court o other United States District Court to which the defendant may be held to answer or the cause transferred. defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence impose obeying any order or direction in connection with such judgment. This is a continuing bond, including any proce on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwi

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other Distr which the case may be removed or transferred after he or she has appeared in such District pursuant to the cond of this bond, without first obtaining written permission from the court, except that a defendant ordered remov transferred to another district may travel to that district as required for court appearances and trial preparation written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Sou District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Marti Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on page 4 of this bond without prior permiss writing from the court.

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the a on this bond or in open court or to the address as changed by permission from the court. The defendant is requ ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the ca no event may a defendant assume that his or her case has been dismissed unless the court has entered an o: dismissal.

    5. Shall not commit any act in violation of state or federal laws.

DEFENDANT: YOUNG
CASE NUMBER: 03-2660
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the spe[cial] conditions checked below:

___ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any tra[vel] documents during the pendency of the case;

___ b. Report to Pretrial Services as follows: ( ) *as directed or* _____ *times in person and* _____ *times by telepho[ne]*

___ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defi[ned] in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licen[sed] medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, or personal, until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus termi[nals], train stations, etc.*;

___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*). follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following h[ome] confinement program components and abide by all the requirements of the program which ( ) will not ( ) will include electronic monitoring or other location verification system, paid for by the defen[dant] *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

  ____ Curfew: You are restricted to your residence every day from _____ to _____, or as dir[ected] by the Court.

  ____ Home Detention: You are restricted to your residence at all times except for: ( ) medical nece[ssary] treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) o[ther]

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or comm[unity] corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) employment; ( ) education;
( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney vis[its]
( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and
( ) other _____

___ p. May travel to and from: _____, and must notify Pretrial Services of travel before leaving and upon return.

___ q. Comply with the following additional conditions of bond:

DEFENDANT: YOUNG
CASE NUMBER: 03-2660
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible ten imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon convic for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a ten imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 m it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a crin investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal off punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or inforr or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fa appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court c If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the servi a sentence, or appeal or certiorari after conviction for:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or
(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen year defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or
(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more tha years, or both;
(4)     a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more tha year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sente imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced applicable laws of the United States.

DEFENDANT: YOUNG
CASE NUMBER: 03-2660
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more condit may be declared by a judicial officer of any United States District Court having cognizance of the above entitled m at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment ma entered upon motion in such United States District Court against each surety jointly and severally for the amou the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Fe Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all o terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrende service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations o terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized age the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 15 day of MAY, 20 03, at MIAMI, Flor
Signed and acknowledged before me:   DEFENDANT:(Signature) [signed]
WITNESS: BASCUAS   ADDRESS: 16140 NW 28 CT
ADDRESS: 150 W FLAGLER ST   MIAMI FL ZIP 33054
MIAMI ZIP 33130   TELEPHONE: 954 450-8600

### CORPORATE SURETY

Signed this ___ day of _____, 20__, at _____, Flor
SURETY: _____   AGENT:(Signature) _____
ADDRESS: _____   PRINT NAME: _____
ZIP _____   TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this __ day of ____, 20__, at ____, Florida   Signed this __ day of ____, 20__, at ____, Flo
SURETY:(Signature) Gloria Young   SURETY:(Signature) _____
PRINT NAME: Gloria Young   PRINT NAME: _____
RELATIONSHIP TO   RELATIONSHIP TO
DEFENDANT: Wife   DEFENDANT: _____
ADDRESS: 8300 N. Sherman Cir   ADDRESS: _____
Miramar FL ZIP 33025   ZIP _____
TELEPHONE: 954) 450-8600   TELEPHONE: _____

APPROVAL BY COURT
[signature]
Date: 15 May 03
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-2660-Dube

UNITED STATES OF AMERICA

      Plaintiff,

v.

EUGENE YOUNG
**DOB:** 1/5/52   (J)69786-004
      Defendant.
_____/

5/15/03
Miami

## ORDER ON INITIAL APPEARANCE

AUSA _Frank Jamen_      Language _ENGLISH_
Agent _USPI_      Tape No. _03H- 7-1075_

The above-named defendant having been arrested on _5-14-03_ having appeared before the court for initial appearance on _May 15, 2003_ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____
2. _APPD_ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2003.
4. ~~Arraignment/Preliminary~~/Removal/Identity hearing is set for _10am_ _5/30_, 2003.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2003.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _Stipulated $25,000 PSD - Wife to co-sign._

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
    other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law.

<u>EUGENE YOUNG</u>

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this <u>15th</u> day of _____<u>May</u>_____, 2003.

_____
ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-2660-RLD

UNITED STATES OF AMERICA

vs.

EUGENE YOUNG
_____/

RECEIVED & FILED IN OPEN COURT
ON 5/15/03 AT
miami, FLA.

CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
JULIA J. STILLER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500485
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9364
FAX (305) 530-7976

N:\vsimmons\Duty\complain.cov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

EUGENE YOUNG

CRIMINAL COMPLAINT

CASE NUMBER: 03-2660-RW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 14, 2003, at Miami-Dade County in the Southern District of Florida, the defendant, while an employee of the United States Postal Service, did knowingly and willfully embezzle mail, or any article or thing contained therein, which had come into his possession intended to be conveyed by mail; in violation of Title 18, United States Code, Section 1709.

I further state that I am a Postal Inspector of the United States Postal Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Signature of Complainant
Scott B. Shampaner, USPS
May 15, 2003

Sworn to before me, and subscribed in my presence,

May 15, 2003 — Date
at Miami, Florida — City and State

ROBERT L. DUBE
United States Magistrate Judge

Name and Title of Judicial Officer        Signature of Judicial Officer

## AFFIDAVIT

Your affiant, Scott B. Shampaner, first being duly sworn state as follows:

1. Your affiant is employed as a Postal Inspector for the United States Postal Inspection Service in Miami, Florida and has been so employed for 19 years. As a United States Postal Inspector, your affiant has participated in numerous investigations involving violations of federal law including theft and misappropriation of monies and items placed in the United States mails.

2. Your affiant was assigned to investigate allegations of theft from the mails at the Buena Vista Post Office, Miami, Florida. I have personally participated in this investigation and am familiar with it. The facts contained in this affidavit are based on my personal knowledge and observations as well as facts related to me by other agents of the United States Postal Inspection Service. The information contained in this affidavit is submitted for the limited purpose of supplying probable cause for the issuance of a criminal complaint against EUGENE YOUNG (YOUNG) for violations of Title 18, United States Code, Section 1709. I, therefore, have not set forth each and every fact about this investigation. Rather, this affidavit sets forth only those facts that I believe are necessary to establish probable cause in this case.

3. On May 14, 2003, Postal Inspectors initiated surveillance on YOUNG based on complaints regarding possible theft from the United States mail by YOUNG.

4. YOUNG is employed by the United States Postal Service as a regular carrier. YOUNG is assigned as the regular postal carrier for postal route 3768 in Miami, Florida.

5. At approximately 5:00 P.M. on May 14, 2003, your affiant observed YOUNG return to the Buena Vista Post Office after completing his assigned deliveries for that day. Postal Inspectors observed YOUNG park his United States Postal Service Long-Life Vehicle (LLV) next to his personal vehicle, a 1998 Mitsubishi Galant, silver in color, bearing Florida tag number A18 JIW. Postal Inspectors observed YOUNG enter the Post Office.

6. At approximately 5:33 P.M., Postal Inspectors observed YOUNG place a mail parcel into

a mail tub and then stack a second mail tub on top of the mail parcel. Postal Inspectors then observed YOUNG place the mail tubs into a utility cart. Postal Inspectors observed YOUNG push the utility cart to his United States Postal Service LLV. Postal Inspectors observed YOUNG at his LLV processing mail from his route.

7. At approximately 5:39 P.M., Postal Inspectors observed YOUNG walk from his LLV to his personal vehicle carrying a United States Postal Service mail tub containing brown parcels. Postal Inspectors observed YOUNG place the mail tub inside his personal vehicle. Postal Inspectors observed YOUNG cover the mail tub with clothing.

8. Postal Inspectors observed YOUNG return inside the post office to further process the mail from his route. At approximately 6:29 P.M., Postal Inspectors observed YOUNG depart the post office, enter his personal vehicle and begin to depart the parking lot of the post office. Postal Inspectors stopped the vehicle and placed YOUNG under arrest. Incident to arrest, Postal Inspectors searched the interior of the car and found a mail tub containing several mail parcels on the rear seat of YOUNG'S vehicle.

9. Postal Inspectors advised YOUNG of his *Miranda* rights. After waiving his *Miranda* rights, YOUNG admitted taking several parcels from the United States mail.

10. Based on the foregoing facts, your affiant submits that probable cause exists to believe that YOUNG, while a Postal Service employee, did embezzle mail, or any article or thing contained therein, which had come into his possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Scott B. Shampaner
U.S. POSTAL INSPECTOR

Sworn to and subscribed before me this 15th day of May, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 03-2660 - Duke
          Plaintiff )
)
-vs- )  REPORT COMMENCING CRIMINAL ACTION
)
Eugene Young )
          Defendant

*************************************************************

TO: CLERK'S OFFICE (MIAHI)  FT. LAUDERDALE  W. PALM BEACH
U.S. DISTRICT COURT  (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5/14/03 6:30 a.m./**p.m.**

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 USC 1709 - Theft of mail by postal employee

(4) UNITED STATES CITIZEN: (X) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 1-5-52

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)  5/15/03 Miami
   [ ] INDICTMENT [X] COMPLAINT CASE #
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: USDC / SDFL
   COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO

AMOUNT OF BOND: $10,000 10% bond WHO SET BOND? AUSA BLACK

(7) REMARKS: _____

(8) DATE: 5/14/03 (9) ARRESTING OFFICER SB Shampaner

(10) AGENCY US Postal Inspector (11) PHONE # (954) 436-7221

(12) COMMENTS _____